No. 01–8430.  TINSLEY v. MILLION, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–8431.  DAVIS v. DAVIS.  Super. Ct. Henry County, Ga. Certiorari denied.

No. 01–8439.  MCGEE v. HILDEBRAND.  C. A. 9th Cir.  Certiorari denied.

No. 01–8448.  SHABAZZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–8450.  STEVENS v. COLORADO.  C. A. 10th Cir.  Certiorari denied.

No. 01–8458.  MCCORD v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 01–8459.  DRURY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–8460.  COWAN v. PHILLIPS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–8461.  PARKS v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 01–8466.  SWAILS v. GEORGIA STATE BOARD OF PARDONS AND PAROLE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–8469.  WILLIAMS v. MERKLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–8471.  ROMANO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 01–8472.  MENDOZA v. BUCHER.  C. A. 9th Cir.  Certiorari denied.

No. 01–8473.  PARRILLA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 01–8474.  BROWN v. KENNEDY.  Super. Ct. Ware County, Ga.  Certiorari denied.